**Gregory T. CHRISTIAN,
Plaintiff-Appellant,**

v.

**CITY OF GREENVILLE, SOUTH
CAROLINA, Defendant-
Appellee.**

No. 03–1420.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

Gregory T. Christian, Appellant pro se. Christine Merritt Gantt, Haynsworth Sinkler Boyd, P.A., Greenville, South Carolina, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory T. Christian appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Christian v. City of Greenville,* No. CA–01–605–6–25AK (D.S.C. Mar. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*